DOA: 4/17/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Santiago Lopez Hernandez | ) | Case No. 25-05231MJ |
| A #221 318 395 | ) | |
| | ) | |
| *Defendant* | | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1306(a) (Failure to Register as an Alien), a class B misdemeanor, and Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Travis L. Wheeler

☒ Continued on the attached sheet.

JOHN A BURGER
Digitally signed by JOHN A BURGER
Date: 2025.04.22 17:57:10 -07'00'

*Complainant's signature*

Supervisory Detention and Deportation Officer John Burger
Department of Homeland Security,
Enforcement and Removal Operations

*Printed name and title*

Sworn to telephonically.

Date: April 22, 2025 @7:22pm

*Judge's signature*

City and state: Phoenix, Arizona

HONORABLE ALISON S. BACHUS
United States Magistrate Judge

*Printed name and title*

## ATTACHMENT A

### COUNT 1

Beginning on or about April 17, 2023, and continuing through April 17, 2025, in Maricopa County, in the District of Arizona, the defendant, SANTIAGO LOPEZ HERNANDEZ, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a) (Failure to Register as an Alien), a Class B misdemeanor.

### COUNT 2

On or about April 17, 2023, at or near Sasabe, in the District of Arizona, SANTIAGO LOPEZ HERNANDEZ, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer John Burger, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. SANTIAGO LOPEZ HERNANDEZ, hereafter "Defendant", is a thirty-three-year-old alien unlawfully present in the United States. Defendant is a citizen of Mexico.

3. On April 17, 2025, Defendant was contacted by Department of Homeland Security, Enforcement and Removal Operations (ICE/ERO) after being released from jail on Driving Under the Influence charges.

4. Defendant was advised of his constitutional rights. Defendant freely and willingly acknowledged his rights and agreed to provide a statement under oath.

5. Defendant stated he had been in the United States since 2023. Defendant claimed to have entered the United States "[h]ace dos años" (two years ago), illegally, through Altar, Sonora [Sasabe, Arizona].

6. Pursuant to Title 8, United States Code (U.S.C.) Section 1302(a), aliens, who are 14 years or older and unlawfully present in the United States without visas or status, are required to apply for registration and to be fingerprinted if they have been in the United States 30 or more days.

7. On April 17, 2025, your affiant reviewed record checks of all databases and confirmed Defendant has never registered or filed any immigration paperwork.

8. Your affiant also learned Defendant was previously granted voluntary return to Mexico and removed from the United States on December 27, 2022.

9. In Defendant's written statement provided under oath after he was read his *Miranda* rights, he acknowledged the following:

   a. He indicated he does not have a visa or other immigration paperwork to lawfully enter the United States.

   b. He knew he needed legal documentation from the United States to enter and he has not filed paperwork with United States immigration service for legal status or permission to be in the United States.

   c. He indicated that since entering, or before entering, he knew he was required to get a visa, or other permission from the United States, and required to register his residence.

   d. He responded "No" indicating he has not registered his presence or entry to the United States with immigration service or other United States government agency.

   e. He further stated "Si" (yes) that he was trying to avoid arrest and deportation by not registering his entry, presence, and residence.

10. For these reasons, this affiant submits that there is probable cause to believe that beginning on or about April 17, 2023, through April 17, 2025, that Defendant, an alien, who is required to register and be fingerprinted pursuant to Title 8 U.S.C. 1302(a), willfully failed to do so, in violation of Title 8, U.S.C. Section 1306(a).

11. This affiant further submits that there is probable cause to believe that on or about April 17, 2023, at or near Sasabe, in the District of Arizona, Defendant, an alien, did

knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l).

12. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, U.S.C., Section 1306(a).

JOHN A BURGE
Digitally signed by JOHN A BURGER
Date: 2025.04.22 17:58:14 -07'00'

John Burger
Immigration and Customs Enforcement

Sworn to telephonically on
April 22, 2025

HONORABLE ALISON S. BACHUS
United States Magistrate Judge

4